IN THE SUPREME COURT OF TEXAS

 No. 10-0460

 IN RE ALICE M. PUIG IN HER INDIVIDUAL CAPACITY AND IN HER CAPACITY AS THE
 INDEPENDENT ADMINISTRATRIX OF THE ESTATE OF ALICIA PRIETO PUIG AND CHARLES
 B. PUIG

 On Petition for Writ of Mandamus

ORDERED:

 1. Relators' motion to stay, filed July 16, 2010, is granted. All
trial court proceedings in Cause No. 2009CVQ1187-D2, styled Puig Bros.
Corp., Louis F. Puig, III, Robert J. Puig, and Edward G. Puig v. Alice M.
Puig, as Independent Adminstratrix of the Estate of Alice Prieto Puig,
deceased, Alice M. Puig, and Charles B. Puig, in the 111th District Court
of Webb County, Texas, are stayed pending further order of this Court.
 2. The petition for writ of mandamus remains pending before this
Court.

 Done at the City of Austin, this July 30, 2010.
 [pic]
 Blake A. Hawthorne, Clerk
 Supreme Court of Texas

 By Claudia Jenks, Chief Deputy Clerk